IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

In Re:  Search Warrant

)
)
)

No. 03- 145 M

## MOTION TO SEAL

The United States moves to seal the Application for Search Warrant, Search Warrant, and the entire file until further order of the Court.

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated:   December 2, 2003

**IT IS SO ORDERED** this __2__ day of __December__, 2003.

_____
Honorable Mary Pat Thynge
United States Magistrate Court

FILED

DEC - 2 2003

U.S. DISTRICT COURT
DISTRICT OF DELAWARE