IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: ) | |
| ) | Nos. 03-145M (MPT) |
| SEARCH WARRANT ) | |

**MOTION AND ORDER TO UNSEAL**

**NOW COMES** the United States of America, by and through its undersigned counsel, and hereby moves this Honorable Court to unseal the file, substituting the original Application and Affidavit for Search Warrant, Search Warrant, and Search Warrant Return, which original documents are to remain sealed, with the enclosed redacted copies of those documents from which is redacted privacy policy information.

                                      COLM F. CONNOLLY
                                      United States Attorney

                                      By: _____
                                      Edmond Falgowski
                                      Assistant United States Attorney

Dated: 1-27-06

**IT IS SO ORDERED** this __31__ day of __January__, 2005.

                                      _____
                                      HONORABLE MARY PAT THYNGE
                                      United States Magistrate Judge

FILED

JAN 27 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE